IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14CR3106 |
| vs. | ORDER |
| FELIX C. UZOECHI, | |
| Defendant. | |

Upon consideration of the defendant's motion, the government's response, and the court's record,

IT IS ORDERED that the defendant's motion to modify conditions of release, (Filing No. 13), is denied.

November 4, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge